UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

William Charles Hovey

Case No.: 19-28149/RG

Chapter: 13

Hearing Date: November 20, 2019

Judge: Rosemary Gambardella

ORDER FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

This matter having been opened to the Court by Dean G. Sutton, Esq., attorney for the Debtor and Dean G. Sutton having appeared on the behalf of the Debtor and good cause having been shown;

It is ORDERED, that the Debtor's Motion for Relief from the Automatic Stay is granted for the limited purpose of pursuing the appeal which is the subject of this Motion; and it is further

ORDERED, that the Debtor's Appeal of the Judgment entered against him in the New Jersey Superior Court bearing Docket No. MRS-L-796-14 may proceed to its conclusion; and it is further

ORDERED, that the Automatic Stay remains in effect as to the enforcement of the judgment and/or any collection activity associated with the judgment.