UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LAW OFFICES OF NEAL H. FLASTER, LLC.**
30 Columbia Turnpike
P.O. Box 21
Florham Park, New Jersey 07932
Tel. No.: (973) 822-7900
Fax No. (973) 822-7923
Of Counsel to Wasserman, Jurista & Stolz, P.C.,
on behalf of Creditor, Robert M. Pietrowicz

In Re:
WILLIAM CHARLES HOVEY,

Debtor.

Case No.: 19-28149
Chapter: 13
Judge: RG

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance, as Of Counsel to the Law Firm of Wasserman, Jurista & Stolz, P.C., on behalf of Creditor, Robert M. Pietrowitz. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Law Offices of Neal H. Flaster, LLC
Att: Neal H. Flaster, Esq.
30 Columbia Turnpike
P.O. Box 21
Florham Park, New Jersey 07932
Tel. No.: (973) 822-7900; Email: nhf@flasterlawgroup.com

DOCUMENTS:

x   All notices entered pursuant to Fed. R. Bankr. P. 2002.

X   All documents and pleadings of any nature.


Date: October 21, 2019                    Signature: /s/ Neal H. Flaster