| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert M. Pietrowicz<br>**LEONARD C. WALCZYK** | |
| In Re:<br><br>**WILLIAM CHARLES HOVEY,**<br><br><br><br>                                        Debtors. | Chapter 13<br><br>Case No. 19-28149<br><br>Honorable Rosemary Gambardella<br><br>**Hearing Date: November 20, 2019**<br>                         **10:00 A.M.** |

**NOTICE OF HEARING ON OBJECTIONS TO PROPERTY CLAIMED AS EXEMPT**

TO:  WILLIAM C. HOVEY
     14 Balchen Way
     Rockaway, NJ  07866

     DEAN G. SUTTON, ESQ.
     18 Green Rd., PO Box 187
     Sparta, NJ  07871
     *Counsel for Debtor*

     MARIE ANN GREENBERG
     Chapter 13 Standing Trustee
     30 Two Bridges Rd
     Suite 330
     Fairfield, NJ 07004

**PLEASE TAKE NOTICE** that Robert M. Pietrowicz, creditor herein, pursuant to 11 U.S.C. §522(l) objects to the Debtor's claimed exemptions annexed to his bankruptcy petition.

**PLEASE TAKE FURTHER NOTICE** that a hearing will take place on November 20, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Rosemary Gambardella, Bankruptcy Judge at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, New Jersey regarding the foregoing.  Pursuant to Local Bankruptcy Rules, any responsive objections shall be filed no later than seven (7) days before the hearing date, and shall be served upon the undersigned and the Trustee, and filed with the Clerk accordingly.

        **WASSERMAN, JURISTA & STOLZ, P.C.**
        Counsel for Creditor, Robert M. Pietrowicz

        By:  */s/ Leonard C. Walczyk*     .
            LEONARD C. WALCZYK

DATED:  October 30, 2019