| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><sub>Caption in Compliance with D.N.J. LBR 9004-2(c)</sub><br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert M. Pietrowicz<br>**LEONARD C. WALCZYK** | |
| In Re:<br><br>**WILLIAM CHARLES HOVEY,**<br><br><br>Debtors. | Chapter 13<br><br>Case No. 19-28149<br><br>Honorable Rosemary Gambardella<br><br>**Hearing Date:** |

**APPLICATION IN SUPPORT OF STIPULATION AND CONSENT ORDER
EXTENDING TIME TO OBJECT TO DISCHARGE**

**TO THE HONORABLE ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY JUDGE**

The application of Wasserman, Jurista & Stolz, P.C., attorneys for creditor, Robert M. Pietrowicz, states as follows:

1. The undersigned firm is counsel for creditor, Robert M. Pietrowicz. Said creditor agreed with counsel for the Debtor that, in exchange for adjourning hearings and motions currently scheduled for November 20, 2019, that the deadline for objecting to Debtor's discharge should be likewise extended.

2. This request is made in consideration of the request of Debtor's counsel for additional time to respond to the motions and objections filed by creditor Pietrowicz.

**WHEREFORE**, creditor Robert M. Pietrowicz respectfully requests that the Court enter the Stipulation and Consent Order extending time to object to discharge submitted herewith.

                                           **WASSERMAN, JURISTA & STOLZ, P.C.**
                                           Counsel for Creditor, Robert M. Pietrowicz

                                           By: */s/ Leonard C. Walczyk*  .
                                                 LEONARD C. WALCZYK

DATED: November 14, 2019

S:\8584 William Charles Hovey\Application in Support of Consent Order.docx