| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert M. Pietrowicz<br>**LEONARD C. WALCZYK** | **Order Filed on December 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**WILLIAM CHARLES HOVEY,**<br><br><br>                                        Debtors. | Chapter 13<br><br>Case No. 19-28149<br><br>Honorable Rosemary Gambardella<br><br>**Hearing Date:** |

### STIPULATION AND CONSENT ORDER
### EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: December 11, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: William Charles Hovey

Case No.: Case No.: 19-28149(RG)

Caption of Order: Stipulation and Consent Order Extending Time to Object to Discharge

_____

**THIS MATTER**, having been brought before the Court upon the application of Wasserman, Jurista & Stolz, P.C., counsel for creditor Robert M. Pietrowicz, and the Court having set a bar date to object to discharge of December 23, 2019; and the Court having reviewed the application in support of the Stipulation and Consent Order; and for good and sufficient cause appearing for the entry of this Order;

**IT IS ORDERED**, that the deadline to file complaint to challenge discharge of certain debts by Robert Pietrowicz shall be extended from December 23, 2019 to February 23, 2020.

This Order does not preclude said creditor from seeking further extension of the February 23, 2020 deadline to challenge dischargeability of debts.

The undersigned hereby consent to the form,
content and entry hereof as an Order of the Court.

| | |
|---|---|
| **WASSERMAN, JURISTA & STOLZ, P.C.** | **DEAN SUTTON, ESQ.** |
| **Attorneys for Creditor,** | **Attorneys for Debtor,** |
| Robert M. Pietrowicz | William Charles Hovey |
| | |
| By: _/s/ Leonard C. Walczyk_ | By: _/s/ Dean Sutton_ |
| LEONARD C. WALCZYK | DEAN SUTTON |
| | |
| DATED: November 14, 2019 | DATED: November 14, 2019 |

S:\8584 William Charles Hovey\Stipulation and Consent Order Extending Time to Object to Discharge.docx