Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)
**WASSERMAN, JURISTA & STOLZ, P.C.**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Counsel for Robert M. Pietrowicz
**LEONARD C. WALCZYK**

In Re:

**WILLIAM CHARLES HOVEY,**

Debtors.

Chapter 13

Case No. 19-28149

Honorable Rosemary Gambardella

**Hearing Date:**

## STIPULATION AND CONSENT ORDER
## EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: December 11, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | William Charles Hovey |
| Case No.: | Case No.: 19-28149(RG) |
| Caption of Order: | Stipulation and Consent Order Extending Time to Object to Discharge |

___

**THIS MATTER**, having been brought before the Court upon the application of Wasserman, Jurista & Stolz, P.C., counsel for creditor Robert M. Pietrowicz, and the Court having set a bar date to object to discharge of December 23, 2019; and the Court having reviewed the application in support of the Stipulation and Consent Order; and for good and sufficient cause appearing for the entry of this Order;

**IT IS ORDERED**, that the deadline to file complaint to challenge discharge of certain debts by Robert Pietrowicz shall be extended from December 23, 2019 to February 23, 2020.

This Order does not preclude said creditor from seeking further extension of the February 23, 2020 deadline to challenge dischargeability of debts.

The undersigned hereby consent to the form,
content and entry hereof as an Order of the Court.

| | |
|---|---|
| **WASSERMAN, JURISTA & STOLZ, P.C.** | **DEAN SUTTON, ESQ.** |
| **Attorneys for Creditor,** | **Attorneys for Debtor,** |
| Robert M. Pietrowicz | William Charles Hovey |
| | |
| By: /s/ *Leonard C. Walczyk* | By: /s/ *Dean Sutton* |
| LEONARD C. WALCZYK | DEAN SUTTON |
| | |
| DATED: November 14, 2019 | DATED: November 14, 2019 |

S:\8584 William Charles Hovey\Stipulation and Consent Order Extending Time to Object to Discharge.docx

```
                         United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-28149-RG
William Charles Hovey                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 11, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +William Charles Hovey,    14 Balchen Way,    Rockaway, NJ 07866-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          Dean G. Sutton    on behalf of Debtor William Charles Hovey dgs123@ptd.net
          Leonard C. Walczyk    on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com,
           lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Neal H. Flaster    on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com
          Patrick J. Spina    on behalf of Creditor    Valley National Bank info@pjspinalaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6