DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-28149

Re:   WILLIAM CHARLES HOVEY            Atty:  DEAN G. SUTTON, ESQ.
      14 BALCHEN WAY                          18 GREEN RD
      ROCKAWAY, NJ 07866                      PO BOX 187
                                              SPARTA, NJ 07871

### RECEIPTS AS OF 01/15/2020                                (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/21/2019 | $325.00 | 6267601000 | 11/04/2019 | $325.00 | 6304579000 |
| 12/04/2019 | $325.00 | 6382780000 | 01/06/2020 | $325.00 | 6458391000 |

**Total Receipts: $1,300.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,300.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020           (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 67.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | HIGHLAND CAPITAL CORPORATION | SECURED | 1,030.43 | 100.00% | 0.00 | 0.00 |
| 0004 | OCEANFIRST BANK NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | REGIONAL ACCEPTANCE CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | ROBERT M. PIETROWICZ | UNSECURED | 583,135.72 | 0.00% | 0.00 | 0.00 |
| 0008 | ROBERT M. PIETROWICZ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | VALLEY NATIONAL BANK | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VALLEY NATIONAL BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | VALLEY NATIONAL BANK | UNSECURED | 17,345.42 | 0.00% | 0.00 | 0.00 |
| 0014 | HIGHLAND CAPITAL CORPORATION | SECURED | 649.62 | 100.00% | 0.00 | 0.00 |
| 0015 | HIGHLAND CAPITAL CORPORATION | SECURED | 1,424.94 | 100.00% | 0.00 | 0.00 |
| 0016 | VALLEY NATIONAL BANK | UNSECURED | 30,000.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $67.60**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $1,300.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $67.60   =   Funds on Hand: $1,232.40

**Chapter 13 Case # 19-28149**

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.