**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**WASSERMAN, JURISTA & STOLZ, P.C.**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Counsel for Robert M. Pietrowicz
**LEONARD C. WALCZYK**

In Re:

**WILLIAM CHARLES HOVEY,**

Debtors.

Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-28149

Honorable Rosemary Gambardella

**Hearing Date:**

## STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: February 5, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:                    William Charles Hovey

Case No.:               Case No.: 19-28149(RG)

Caption of Order:    Stipulation and Consent Order Extending Time to Object to Discharge
_____

        **THIS MATTER**, having been brought before the Court upon the application of Wasserman, Jurista & Stolz, P.C., counsel for creditor Robert M. Pietrowicz, and the Court having set a bar date to object to discharge of December 23, 2019; and the Court having extended said bar date from December 23, 2019 to February 23, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on December 11, 2019; and for good and sufficient cause appearing for the entry of this Order;

        **IT IS ORDERED**, that the deadline to file complaint to challenge discharge of certain debts by Robert Pietrowicz shall be further extended from February 23, 2020 to June 21, 2020.

        This Order does not preclude said creditor from seeking further extension of the June 21, 2020 deadline to challenge dischargeability of debts.

The undersigned hereby consent to the form,
content and entry hereof as an Order of the Court.

**WASSERMAN, JURISTA & STOLZ, P.C.**     **DEAN SUTTON, ESQ.**
**Attorneys for Creditor,**                   **Attorneys for Debtor,**
  **Robert M. Pietrowicz**                     **William Charles Hovey**

By:  */s/  Leonard C. Walczyk*        By:  */s/  Dean Sutton*     .
   LEONARD C. WALCZYK           DEAN SUTTON

DATED:  January 29, 2020           DATED:  January 29, 2020