**Dean G. Sutton, Esquire**
Attorney At Law
Board Certified
Consumer Bankruptcy Law
American Board of Certification

-------------

**MAIN OFFICE**
**18 Green Rd**
**P.O. Box 187**
**Sparta. NJ 07871**

-------------

**(973)729-8121**
Fax (973) 729-6685
www.deansuttonlaw.com

*BERGEN COUNTY OFFICE*
151 W. Passaic Street, 2ND floor
Rochelle Park, NJ 07662

*MORRIS COUNTY OFFICE*
181 New Road, Suite 201
Parsippany, NJ 07054

June 2, 2020

<u>*Sent Via E-Mail*</u>

Honorable Rosemary Gambardella
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:    William Hovey
Case No. 19-28149/RG

Notice of Motion for Relief pertaining to Creditor Robert M. Pietrowicz

Cross Motion re: to Dismiss Chapter 13 Case as Bad Faith Filing and Opposition to Debtor's Motion for Relief from the Automatic Stay to Pursue Appeal on Behalf of Creditor, Robert M. Pietrowicz

Notice of Motion To Reduce Proof of Claim of Creditor Robert M. Pietrowicz

Objection to Debtor's Exemptions filed by Creditor Robert M. Pietrowicz

Objection to Debtor's Exemptions filed by Marie Ann Greenberg, Chapter 13 Trustee

Hearing Date: June 10, 2020 @ 10:00 a.m.

Dear Judge Gambardella,

    This letter will confirm that all of the above referenced matters that were before the Court on June 10, 2020 @ 10:00 a.m. have been adjourned.

    The adjourned date is ***August 26, 2020 @ 10:00 a.m.***

Thank you for your courtesies.

Very truly yours,
/s/Dean G. Sutton
Dean G. Sutton

DGS/lms
Cc:  Marie Ann Greenberg, Trustee  - Sent Via E-mail
   Leonard C. Walczyk, - Sent Via E-mail
   Neal Flaster, Esquire – Sent Via E-mail
   William Hovey – Sent Via E-mail