| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert M. Pietrowicz<br>**LEONARD C. WALCZYK** | **Order Filed on June 15, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**WILLIAM CHARLES HOVEY,**<br><br>Debtors. | Chapter 13<br><br>Case No. 19-28149<br><br>Honorable Rosemary Gambardella<br><br>**Hearing Date:** |

**STIPULATION AND CONSENT ORDER FURTHER
EXTENDING TIME TO OBJECT TO DISCHARGE**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: June 15, 2020**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | William Charles Hovey |
| Case No.: | Case No.: 19-28149(RG) |
| Caption of Order: | Stipulation and Consent Order Extending Time to Object to Discharge |

___

**THIS MATTER**, having been brought before the Court upon the application of Wasserman, Jurista & Stolz, P.C., counsel for creditor Robert M. Pietrowicz, and the Court having set a bar date to object to discharge of December 23, 2019; and the Court having extended said bar date from December 23, 2019 to February 23, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on December 11, 2019; and the Court having extended said bar date from February 23, 2020 to June 21, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on February 5, 2020; and for good and sufficient cause appearing for the entry of this Order;

**IT IS ORDERED**, that the deadline to file complaint to challenge discharge of certain debts by Robert Pietrowicz shall be further extended from June 21, 2020 to September 30, 2020.

This Order does not preclude said creditor from seeking further extension of the September, 30, 2020 deadline to challenge dischargeability of debts.

The undersigned hereby consent to the form,
content and entry hereof as an Order of the Court.

| | |
|---|---|
| **WASSERMAN, JURISTA & STOLZ, P.C.** | **DEAN SUTTON, ESQ.** |
| **Attorneys for Creditor,** | **Attorneys for Debtor,** |
| **Robert M. Pietrowicz** | **William Charles Hovey** |
| | |
| By: _/s/ Leonard C. Walczyk_ | By: _/s/ Dean Sutton_ |
| LEONARD C. WALCZYK | DEAN SUTTON |
| | |
| DATED: June 2, 2020 | DATED: June 2, 2020 |