| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY**<br><sub>Caption in Compliance with D.N.J. LBR 9004-2(c)</sub><br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Co-Counsel for Robert M. Pietrowicz, Creditor<br>**LEONARD C. WALCZYK**<br><br>**FLASTER LAW GROUP**<br>30 Columbia Turnpike, PO Box 21<br>Florham Park, NJ  07932<br>Phone:  (973) 822-7900<br>Fax:  (973) 822-7923<br>Co-Counsel for Robert M. Pietrowicz, Creditor<br>**NEAL H. FLASTER** | |
| In Re:<br><br>**WILLIAM CHARLES HOVEY,**<br><br><br>                                         Debtors. | Chapter 13<br><br>Case No. 19-28149<br><br>Honorable Rosemary Gambardella<br><br>**Hearing Date: August 5, 2020, 10:00 a.m.** |

**NOTICE OF MOTION *IN LIMINE*  TO STRIKE DEBTOR'S VALUATION REPORT
AND TO EXCLUDE DEBTOR FROM TESTIFYING
AS AN EXPERT OR PROVIDE LAY OPINION TESTIMONY OR EVIDENCE
AS TO THE VALUE OF TELEMARK CNC, LLC'S ASSETS**

**TO:**   Dean Sutton, Esq.
         18 Green Road, PO Box 187
         Sparta, NJ  07871
         Counsel to the Debtor

         William Charles Hovey
         14 Balchen Way
         Rockaway, NJ  07866

**PLEASE TAKE NOTICE**, that on August 5, 2020, at 10:00 A.M. or as soon thereafter as counsel may be heard, the undersigned as counsel for creditor Robert M. Pietrowicz shall move before the Honorable Rosemary Gambardella, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, seeking entry of an Order excluding the Debtor's valuation evidence and opinion testimony.

**PLEASE TAKE FURTHER NOTICE,** that is support thereof, the movant shall rely upon the accompanying Memorandum of Points and Authorities, Certification of Counsel which sets forth the relevant facts and legal authority upon which the relief requested should be granted, and the Certification of Creditor Robert Pietrowicz. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE,** that any objections to the relief requested shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102, and must be simultaneously served upon Wasserman, Jurista & Stolz, P.C., attention Leonard C. Walczyk, Esq., attorneys for creditor Robert M. Pietrowicz, 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920 and Neil H. Flaster, Esq., Flaster Law Group, 30 Columbia Turnpike, PO Box 21, Florham Park, NJ 07932, so that such objections are received no later than seven days prior to the return date set forth above.

**PLEASE TAKE FURTHER NOTICE,** that unless objections are timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested herein may be granted without further notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's General Order Regarding Court Operations Under the Exigent Circumstances created by Corona Virus

(COVID-19) dated May 1, 2020, the undersigned parties consent to adjudication of this Motion on the papers, unless opposition is filed, in which case movants respectfully request oral argument remotely through Court Solutions.

          Respectfully submitted,

          **WASSERMAN, JURISTA & STOLZ, PC**
          Co-Counsel to creditor, Robert M. Pietrowicz

Dated: July 13, 2020      By: */s/ Leonard C. Walczyk* .
          **LEONARD C. WALCZYK**

          **FLASTER LAW GROUP**
          Co-Counsel to creditor, Robert M. Pietrowicz

Dated: July 13, 2020      By: */s/ Neal H. Flaster* .
          **NEAL H. FLASTER**

S:\8584 William Charles Hovey\Motion to Exclude Debtor's Valuation\NOM to Exclude Debtor's Valuation.doc