**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**WASSERMAN, JURISTA & STOLZ, P.C.**
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Co-Counsel for Robert M. Pietrowicz, Creditor
**LEONARD C. WALCZYK**

**FLASTER LAW GROUP**
30 Columbia Turnpike, PO Box 21
Florham Park, NJ  07932
Phone:  (973) 822-7900
Fax:  (973) 822-7923
Co-Counsel for Robert M. Pietrowicz, Creditor
**NEIL H. FLASTER**

In Re:

**WILLIAM CHARLES HOVEY,**

Debtors.

Chapter 13

Case No. 19-28149

Honorable Rosemary Gambardella

**Hearing Date: August 5, 2020, 10:00 a.m.**

### ORDER *IN LIMINE* TO STRIKE DEBTOR'S VALUATION REPORT AND TO EXCLUDE DEBTOR FROM TESTIFYING AS AN EXPERT OR PROVIDE LAY OPINION TESTIMONY OR EVIDENCE AS TO THE VALUE OF TELEMARK CNC, LLC'S ASSETS

The relief set forth on the following page numbered two (2)  is hereby **ORDERED.**

**(Page** 2**)**

| | |
|---|---|
| Debtor: | William Charles Hovey |
| Case No.: | Case No.: 19-28149(RG) |
| Caption of Order: | Order *In Limine* to Strike Debtor's Valuation Report and to Exclude Debtor from Testifying as an Expert or Provide Lay Opinion Testimony or Evidence as to the Value of Telemark CNC, LLC's Assets |

_____

**THIS MATTER** having been opened to the Court upon the filing of a motion *In Limine* by creditor Robert M. Pietrowicz seeking to exclude evidence of Debtor William Charles Hovey's valuation report and opinion testimony; and this Court having reviewed the submissions by counsel, and having heard the argument submitted; and this Court finding the proposed valuation testimony and appraisal report of the Debtor as not meeting the requirements of Daubert v. Merrell Dow Pharmaceuticals, and Kumho Tire Co. Ltd. v. Carmichael; and for good cause shown for the making of the within Order;

**IT IS HEREBY ORDERED**, that the appraisal report and valuation opinion testimony proffered by the Debtor shall be and hereby are excluded from evidence pursuant to the relevant provisions of Federal Rules of Evidence 104, 403, 702 and 703.

S:\8584 William Charles Hovey\Motion to Exclude Debtor's Valuation\Order Excluding Debtor's Valuation Report.docx