UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

In Re:

William Charles Hovey

Case No. 19-28149

Chapter: 13

Hearing Date: September 17, 2020
@ 11:00 a.m.

Judge: Rosemary Gambardella

ORDER GRANTING CREDITOR'S MOTION IN LIMINE IN PART AND DENYING THE MOTION IN PART AND GRANTING DEBTOR'S CROSS-MOTION IN LIMINE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Page 2
Debtor: William Charles Hovey
Case No. 19-28149/RG
Caption of Order: Order Granting Creditor's Motion In Limine
In Part and Denying that Motion in Part and
Granting Debtor's Cross-Motion In Limine

This matter having been opened to the Court upon the filing of a Motion In Limine by creditor Robert M. Pietrowicz seeking to exclude evidence of Debtor William Charles Hovey's valuation report and opinion testimony; and the Debtor William Charles Hovey having filed opposition to said motion; and having also filed a Cross Motion in Limine seeking to exclude evidence of Alan Atkin's valuation report and opinion testimony; and the Court having reviewed the parties' submissions; and having heard oral argument; and for good cause shown;

IT IS ORDERED, that the Motion In Limine To Strike Debtor's Valuation Report And To Exclude Debtor From Testifying As An Expert As To The Value of Telemark CNC, LLC'S Assets filed by Robert M. Pietrowicz is granted; and it is further

ORDERED, that the Motion In Limine to Exclude Debtor From Testifying As a Lay Witness As To The Value Of Telemark CNC, LLC's Assets filed by Robert M. Pietrowicz is denied; and it is further

ORDERED, that the Cross-Motion In Limine to Strike Alan Atkin's Valuation Report And To Exclude Alan Atkins From Testifying As To The Value Of Telemark, CNC, LLC's Assets is granted; and it is further

ORDERED, that the appraisal report and valuation opinion testimony proffered by Alan Atkins shall be and hereby are excluded from evidence pursuant to Rule 702 of the Federal Rules of Evidence.