| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **WASSERMAN, JURISTA & STOLZ, P.C.** <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ  07920 <br> Phone: (973) 467-2700 <br> Fax: (973) 467-8126 <br> Co-Counsel for Robert M. Pietrowicz, Creditor <br> **LEONARD C. WALCZYK** <br><br> **FLASTER LAW GROUP** <br> 30 Columbia Turnpike, PO Box 21 <br> Florham Park, NJ  07932 <br> Phone:  (973) 822-7900 <br> Fax:  (973) 822-7923 <br> Co-Counsel for Robert M. Pietrowicz, Creditor <br> **NEAL H. FLASTER** |

| | |
|---|---|
| **In Re:** <br><br><br> **WILLIAM CHARLES HOVEY,** <br><br><br> Debtor. | **CERTIFICATION OF COUNSEL** |

I, Neal H. Flaster, of full age, certifies as follows:

1.	I am an attorney of the State of New Jersey and a Member of Flaster Law Group, co-counsel on behalf of creditor, Robert M. Pietrowicz. In that capacity, I am entrusted with the handling of the within matter and make this certification in support of

Creditor Robert M. Pietrowicz's opposition to the Notice of Cross Motion filed by the Debtor, William C. Hovey.

2.      Annexed hereto as Exhibit A is a copy of the Complaint filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al in the Superior Court of New Jersey, Law Division, Morris County on March 20, 2014 under Docket No. MRS-L-796-14.

3.      Annexed hereto as Exhibit B is a copy of an Amended Complaint filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al in the Superior Court of New Jersey, Law Division, Morris County on on May 15, 2017 under Docket No. MRS-L-796-14.

4.      Annexed hereto as Exhibit C is a Jury Verdict Sheet in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No. MRS-L-796-14.

5.      Annexed hereto as Exhibit D is a copy of the Judgment entered on Novembere 16, 2018 in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No. MRS-L-796-14.

6.      Annexed hereto as Exhibit E is a copy of the Amended Judgment entered on March 5, 2019 in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No.MRS-L-796-14.

7. Annexed hereto as Exhibit F is a copy of the Revised Amended Judgment entered on March 7, 2019 in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No. MRS-L-796-14

8. Annexed hereto as Exhibit G is a copy of the Information Subpoena response by William C. Hovey, individually and Telemark CNC, LLC dated March 7, 2019.

9. Annexed hereto as Exhibit H is a copy of a Post Judgment Order of Enforcement entered on June 21, 2019 in the in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No. MRS-L-7896-14.

10. Annexed hereto as Exhibit I is a copy of a Scheduling Order entered by the Appellate Division in connection with the Debtor-Appellant's appeal dated July 12, 2019.

11. Annexed hereto as Exhibit J is a copy of an Emergent Application for Emergent Application by Debtor-Appellant.

13. Annexed hereto as Exhibit L is a copy of an Order from the Appellant Division dated September 23, 2020 dismissing Debtor-Appellant's appeal.

14. Annexed hereto as Exhibit M is a copy of correspondence from Dean Sutton. Esq. dated September 24, 2019.

15. Annexed hereto as Exhibit N is a copy of the private sales of Telemark CNC's assets sold to Creditor.

16.    Annexed hereto as Exhibit O is a copy of the Debtor's June 2020 Amended Schedule.

17.    Annexed hereto as Exhibit P are copies of trial testimony of the parties in 2018 in connection with the lawsuit filed by Plaintiff, Robert M. Pietrowicz against Defendant William C. Hovey, et al filed under Docket No.MRS-L-796-14.


I hereby certify that the foregoing statements made by me are true. If any of the statements contained herein are wilfully false, I am subject to punishment.

s/Neal H. Flaster

_____

Date: September 24, 2020