Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28149−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Charles Hovey
   14 Balchen Way
   Rockaway, NJ 07866

Social Security No.:
   xxx−xx−1096

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 109 − 85
Order Granting Application For Compensation for Dean G. Sutton, fees awarded: $58,905.00, expenses awarded: $1,357.49 (Related Doc # 85). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/21/2020. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 23, 2020
JAN: car

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-28149-RG
William Charles Hovey                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1           Date Rcvd: Sep 23, 2020
                            Form ID: orderntc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db          +William Charles Hovey,    14 Balchen Way,    Rockaway, NJ 07866-4702
cr          +Valley National Bank,    1445 Valley Road,    Wayne, NJ 07470-8438
cr          +Zieleniewski Karlyn,    14 Balchen Way,    Rockway, NJ 07866-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              Dean G. Sutton    on behalf of Debtor William Charles Hovey dean@deansuttonlaw.com
              Leonard C. Walczyk     on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com,
               lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Neal H. Flaster    on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com
              Patrick J. Spina    on behalf of Creditor   Valley National Bank info@pjspinalaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6