

**Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert M. Pietrowicz<br>**LEONARD C. WALCZYK** |

In Re:

**WILLIAM CHARLES HOVEY,**

                                    Debtor.

Chapter 13

Case No. 19-28149

Honorable Rosemary Gambardella

**Hearing Date:**

## STIPULATION AND CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: December 1, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:                    William Charles Hovey

Case No.:                  Case No.: 19-28149(RG)

Caption of Order:          Stipulation and Consent Order Extending Time to Object to Discharge

_____

**THIS MATTER**, having been brought before the Court upon the application of Wasserman, Jurista & Stolz, P.C., counsel for creditor Robert M. Pietrowicz, and the Court having set a bar date to object to discharge of December 23, 2019; and the Court having extended said bar date from December 23, 2019 to February 23, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on December 11, 2019; and the Court having extended said bar date from February 23, 2020 to June 21, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on February 5, 2020; and the Court having extended said bar date from June 21, 2020 to September 30, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on June 15, 2020; and the Court having extended said bar date from September 30, 2020 to November 30, 2020 pursuant to a prior Stipulation and Consent Order submitted and approved on September 14, 2020; and for good and sufficient cause appearing for the entry of this Order;

**IT IS ORDERED**, that the deadline to file complaint to challenge discharge of certain debts by Robert Pietrowicz shall be further extended from November 30, 2020 to January 31, 2021.

This Order does not preclude said creditor from seeking further extension of the January 31, 2021 deadline to challenge dischargeability of debts.

**(Page 3)**

| | |
|---|---|
| Debtor: | William Charles Hovey |
| Case No.: | Case No.: 19-28149(RG) |
| Caption of Order: | Stipulation and Consent Order Extending Time to Object to Discharge |

_____

The undersigned hereby consent to the form,
content and entry hereof as an Order of the Court.

**WASSERMAN, JURISTA & STOLZ, P.C.**    **DEAN SUTTON, ESQ.**
**Attorneys for Creditor,**                    **Attorneys for Debtor,**
  **Robert M. Pietrowicz**                       **William Charles Hovey**


By: _/s/ Leonard C. Walczyk_          By: _/s/ Dean Sutton_  .
   LEONARD C. WALCZYK               DEAN SUTTON


DATED:  11/23/2020                    DATED:  11/23/2020

In re:                                                              Case No. 19-28149-RG

William Charles Hovey                                               Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID**      **Recipient Name and Address**
db      +   William Charles Hovey, 14 Balchen Way, Rockaway, NJ 07866-4702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020        Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor William Charles Hovey dean@deansuttonlaw.com |
| Leonard C. Walczyk | on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Neal H. Flaster | on behalf of Plaintiff Robert M Pietrowicz nhf@flasterlawgroup.com |
| Neal H. Flaster | on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com |
| Patrick J. Spina | on behalf of Creditor Valley National Bank info@pjspinalaw.com |

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7