Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28149−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William Charles Hovey
  14 Balchen Way
  Rockaway, NJ 07866

Social Security No.:
  xxx−xx−1096

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 4, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 119 − 78, 96
Order Determining Motion In Limine and Cross−Motion In Limine And Other Relief. (Related Doc # 78). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Denying Cross Motion (Related Doc # 96). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/4/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 4, 2020
JAN: car

Jeanne Naughton
Clerk

In re:     Case No. 19-28149-RG

William Charles Hovey     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Dec 04, 2020     Form ID: orderntc     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William Charles Hovey, 14 Balchen Way, Rockaway, NJ 07866-4702 |
| cr | + Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |
| cr | + Zieleniewski Karlyn, 14 Balchen Way, Rockway, NJ 07866-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor William Charles Hovey dean@deansuttonlaw.com |
| Leonard C. Walczyk | on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Neal H. Flaster | on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com |
| Neal H. Flaster | on behalf of Plaintiff Robert M Pietrowicz nhf@flasterlawgroup.com |

Patrick J. Spina
    on behalf of Creditor Valley National Bank info@pjspinalaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7