Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28149−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Charles Hovey
14 Balchen Way
Rockaway, NJ 07866

Social Security No.:
xxx−xx−1096

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 23, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 148 − 146
Order Granting Application For Compensation for Dean G. Sutton, fees awarded: $20,745.00, expenses awarded: $243.00 (Related Doc # 146). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/22/2021. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 23, 2021
JAN: car

Jeanne Naughton
Clerk

| | |
|---|---|
| In re: | Case No. 19-28149-RG |
| William Charles Hovey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Charles Hovey, 14 Balchen Way, Rockaway, NJ 07866-4702 |
| md | + | Donald Steckroth, Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6079 |
| cr | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |
| cr | + | Zieleniewski Karlyn, 14 Balchen Way, Rockway, NJ 07866-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Defendant William Charles Hovey dean@deansuttonlaw.com |
| Dean G. Sutton | on behalf of Debtor William Charles Hovey dean@deansuttonlaw.com |
| Donald W Clarke | on behalf of Creditor Robert M Pietrowicz dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Leonard C. Walczyk | on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

Neal H. Flaster
    on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com

Neal H. Flaster
    on behalf of Plaintiff Robert M Pietrowicz nhf@flasterlawgroup.com

Patrick J. Spina
    on behalf of Creditor Valley National Bank info@pjspinalaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9