UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com

**Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William Charles Hovey

Case No.   19-28149/RG

Chapter:   13

Hearing Date:   June 16, 2021
@ 10:00 a.m.

Judge:   Rosemary Gambardella

## ORDER FOR THIRD ALLOWANCE TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Dean G. Sutton, Esquire, attorney for the Debtor(s) having made this Allowance to Attorney for the Debtor(s) and having shown just cause;

It is ORDERED, that the law firm of Dean G. Sutton, Esq. was previously awarded an initial allowance of fees in the amount of $58,905.00 and reimbursement for its out-of-pocket disbursements in the amount of $1,357.49. Against this amount was credited the sum of $39,960.80 already received; and it is further

It is ORDERED, that the law firm of Dean G. Sutton, Esq. was previously awarded a second allowance of fees in the amount of $13,680.00 and a second reimbursement for its out-of-pocket disbursements in the amount of $302.40; and it is further

ORDERED, that the law firm of Dean G. Sutton, Esq. be and it is hereby awarded a third allowance of fees in the amount of $20,745.00 and a third reimbursement for its out-of-pocket disbursements in the amount of $243.00. Any sums hereto uncollected to be paid in accordance with 11 U.S.C. 1326 and 11 U.S.C. 503(b), and it is further

ORDERED, that the above allowed fee be paid to Dean G. Sutton, Esquire outside the chapter 13 plan; and from funds which are not property of the bankruptcy estate.

In re:                                                          Case No. 19-28149-RG

William Charles Hovey                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 2

Date Rcvd: Jun 23, 2021                  Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + William Charles Hovey, 14 Balchen Way, Rockaway, NJ 07866-4702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Dean G. Sutton | on behalf of Defendant William Charles Hovey dean@deansuttonlaw.com |
| Dean G. Sutton | on behalf of Debtor William Charles Hovey dean@deansuttonlaw.com |
| Donald W Clarke | on behalf of Creditor Robert M Pietrowicz dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com |
| Leonard C. Walczyk | on behalf of Creditor Robert M Pietrowicz lwalczyk@wjslaw.com  lwalczyk@ecf.inforuptcy.com;dmendez@ecf.inforuptcy.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Neal H. Flaster | on behalf of Plaintiff Robert M Pietrowicz nhf@flasterlawgroup.com |

District/off: 0312-2

Date Rcvd: Jun 23, 2021

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Neal H. Flaster

on behalf of Creditor Robert M Pietrowicz nhf@flasterlawgroup.com

Patrick J. Spina

on behalf of Creditor Valley National Bank info@pjspinalaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9