# Dean G. Sutton, Esquire
**Attorney At Law**
Board Certified
Consumer Bankruptcy Law
American Board of Certification

-------------

*All Correspondence Must Be Mailed To Delaware Address Or Emailed To
dean@deansuttonlaw.com
(973)729-8121

*NEW JERSEY OFFICE*
**181 New Road, Suite 201
Parsippany, NJ 07054**

*\*DELAWARE MAILING ADDRESS*
**57 Buxton Circle
Magnolia, DE  19962**

December 16, 2024

*Sent Via Email*

Honorable Rosemary Gambardella
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:   William Hovey
Case No.  19-28149/RG
Hearing Date: December 18, 2024 @ 2:00 p.m.

Dear Judge Gambardella,

I went through the most recent motions before the Court on the above referenced Chapter 13 Case per your directive on December 12, 2024, and in preparation for the hearing scheduled before the Court on December 18, 2024 @ 2:00 p.m.

I have done my best to indicate the correct docket number for each matter, and I have also indicated "resolved" or "pending".

They are as follows:

**1. Trustee's Motion to Dismiss Case**
   Matter Resolved
   Related Docket Number 205

**2. Notice of Motion for Relief from Stay re:  Assets Sold at Sheriff's Sale**
   Matter Resolved
   Related Docket Number 229

Page 2 of 2
William Hovey
Case No. 19-28149/RG

**3. Motion to Convert Case from Chapter 13 to Chapter 7**
   Matter Resolved
   Related Docket Number 239

**4. Objection to Debtor's Claim of Exemptions**
   Matter Resolved
   Related Docket Number 255

**5. Fee Application filed by Dean G. Sutton, Esq.**
   Matter Pending
   Related Docket Number 317

**6. Stipulation of Settlement**
   Matter Pending

**7. Motion to Withdraw as Debtor's Counsel**
   Matter Pending
   Related Docket Number 371

**8. Motion to Approve Post-Petition Financing**
   Approved - Order to be Submitted
   Related Docket Number 373

Respectfully submitted,
/s/Dean G. Sutton
Dean G. Sutton

DGS/st
cc: Neal Flaster, Esquire – Sent Via E-Mail
    Marie Ann Greenberg, Trustee - Sent Via E-mail
    William Hovey – Sent Via E-mail